# United States District Court

<u>SOUTHERN</u> DISTRICT OF <u>FLORIDA</u>

FILED by _____ D.C.
MAR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

ANDRZEJ MASALSKI
a/k/a Jurek DRZEWO

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: $00-4051-SNOW$

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>MARCH 8, 2000</u> in <u>Broward</u> county, in the <u>Southern</u> District of <u>Florida</u> defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully possess a fraudulent United States Immigration and Naturalization Service Departure Record (I-94) and knowingly and willfully assault an officer of the United States in the performance of official duties.

in violation of Title <u>18</u> United States Code, Section(s) <u>1546(a) & 111(a)</u>

I further state that I am a(n) <u>Special Agent</u> and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
RHONDA J. MASKUS, SPECIAL AGENT
U.S. Immigration and Naturalization Service

Sworn to before me, and subscribed in my presence,

March 10, 2000   at Ft. Lauderdale, FL
Date   City and State

LURANA S. SNOW
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

Lurana S. Snow

## **AFFIDAVIT**

I, Rhonda J. Maskus, being duly sworn, depose and state:

1. I am a Special Agent with the United States Immigration and Naturalization Service (INS) Fraud Unit. I have been so employed for seven years and my duties include the investigation of individuals that either sell or purchase fraudulent identification documents in order to circumvent the immigration laws of the United States. The information in this affidavit is based on interviews and/or conversations with other Agents of the INS and Agents with the Office of Inspector General for the Social Security Administration (SSA/OIG).

2. In September, 1999, I began a joint investigation with Special Agent Rick Montero of the SSA/OIG Office concerning illegal aliens using fraudulent documents to attempt to obtain valid Social Security numbers and cards which would allow them to legally work. The majority of the identified aliens are from countries in Eastern Europe.

3. The fraudulent documents used are the Departure Record (I-94) and a U.S. Visa declaring that the bearer has an immigration status which would authorize them to legally work in the U.S. The classification of immigrant visa used is H-1B, Special Occupations (Professionals). The aliens apply for a Social Security card in one of the South Florida Social Security offices and present their

genuine passport as identification. Attached to the passport are the fraudulent United States H-1B visa and an I-94 also showing the H-1B status. The Social Security employees check the immigration documents using their computer link to the INS verification system and receive responses which require that they submit a written record and any supporting documentation to the INS for manual verification of the bearer's immigration and employment status.

4. On at least three separate instances a silver Mercedes sports utility vehicle (SUV), Florida Tag A94NPQ, has been identified as picking up aliens at local Social Security offices after the aliens had presented fraudulent documents while applying for Social Security cards. The same SUV has been observed picking up mail at one of the postal boxes used as an address on the Social Security applications (SS-5). The SUV is registered to suspect Andrzej Masalski with the date of birth of February 27, 1969, with the Social Security number of 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.

5. Approximately twenty-seven (27) aliens have been identified to date in this scheme. Those aliens use three or four commercial postal store boxes as their addresses on their SS-5s. One of those stores is the Postal Palace at 1291A S. Powerline Road, Box #264, Pompano Beach, Florida 33069. At least five (5) SS-5s have been filed with this address. The boxholder for #264 is Ihor Danylyk with the address of 1412 McNab Road, Pompano Beach, Florida. This

address could not be located and the area consists of warehouses not residential homes.

6. On March 2, 2000, your Affiant requested to be telephonically notified by the manager of Postal Palace when any mail was received for that box. The manager reported that express packages arrived constantly for that box and that the boxholder seemed to know when there would be mail because he would come in that same day to pick it up.

7. On March 3, 2000, the assistant manager reported to your Affiant that several months ago there had been an express package for boxholder #264 which had been lost and that the boxholder was very upset claiming the package contained passport(s). The package was eventually tracked and delivered to the boxholder.

8. On March 8, 2000, the Postal Palace manager notified your Affiant that a U.S. Postal Priority Mail envelope had arrived for box #264. As soon as Affiant arrived at the Postal Palace so did a white male driving a silver Mercedes SUV, Florida Tag A94NPQ, which he left running while he went into the Postal Palace. Both the manager and assistant manager indicated to Affiant that this was the individual (Masalski) who was picking up the two (2) U.S. postal envelopes for box #264. As Masalski started to exit Affiant stepped up and made an introduction, verbally and by displaying an INS Special Agent's badge. Affiant attempted to conduct a low key

interview with Masalski while waiting for backup to arrive. Masalski stated that his name was "Jerry" and produced a Texas Driver's License in the name of Andrzej Masalski. Affiant attempted to talk to Masalski regarding the priority packages that he just picked up and his relationship with the boxholder, Ihor Danylyk. Masalski denied knowing anything or anybody and wanted to know what the problem was. Affiant told him that his assistance was necessary regarding an immigration matter.

9. Masalski then wanted to call his mother, wanted to go to the bathroom, but kept getting up and down from the chair and your Affiant asked him to remain seated several times. Thereafter Masalski stated that he was leaving and Affiant told him that he was under arrest. Masalski continued to stand up and turn toward the door so your Affiant took out handcuffs and took Masalski's wrist in an attempt to handcuff him. Masalski strongly pulled back and attempted to break your Affiant's grip but instead dragged your Affiant out the door. Outside the store Masalski violently threw your Affiant to the concrete breaking the grip and continued to run away from your Affiant. Your Affiant suffered a blow to the back of the head and her left knee was twisted which has led to significant swelling and pain in the left leg. Your Affiant was transported to Northwest Regional Hospital for treatment and released. Masalski left behind his car keys, the two priority mail envelopes, and his Texas driver's license. Affiant contacted other

4

Federal and local police authorities to assist in locating Masalski.

10. An inventory was conducted of the contents of Masalski's vehicle prior to towing it away. Among the contents were seven blank SS-5s, a passport from the country of Croatia in the name of Rino Baric, and a small stamp bearing some foreign symbol. The passport contained a fraudulent I-94 Departure Record used by tourists entering the U.S. under the visa waiver provisions in the immigration law, which a citizen of Croatia is not eligible for that program. The stamp on the I-94 appears to be the same fraudulent stamp that has been used by all of the aliens involved in the above-described scheme.

11. In light of the above-stated facts and circumstances, your Affiant submits there is probable cause to believe that Andrezej Masalski should be charged with violations of Title 18, United States Code, Sections 1546(a) and 111(a).

FURTHER AFFIANT SAYETH NAUGHT.

RHONDA J. MASKUS
SPECIAL AGENT
INS

Sworn to and subscribed
before me this 10th
day of March, 2000.

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

5