... ..... ..... warrant for Arrest AUSA POWELL/ INS- S/A JESSICA FIELDS/ INS-CID

-cr-06364-WDF    Document 2    Entered on FLSD Docket 03/10/2000    P

FILED by
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. L.

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ANDRZEJ MASALSKI

**WARRANT FOR ARREST**

CASE NUMBER: **00-6364**

**CR - FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ANDRZEJ MASALSKI _____ MAGISTRATE JUDGE SNOW
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

**charging him or her with** (brief description of offense) knowingly and willfully, possessing a United States Immigration and Naturalization Departure Record (I-94W), a document prescribed by statute or regulation as evidence of authorized stay in the United States, knowing it to be counterfeited and forged,

in violation of Title __18__ United States Code, Section(s) __1546(a)__

Clarence Maddox | Court Administrator/Clerk of the Court
--- | ---
Name of Issuing Officer | Title of Issuing Officer

_signature_
Signature of Issuing Officer

DECEMBER 19, 2000 FT. LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ __pre-trial detention__ by **BARRY S. SELTZER**
__UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __Andrzej Masalski_____

ALIAS: __JUREK DRZEWO_____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: ___Poland_____

DATE OF BIRTH: ___02/27/69_____

SOCIAL SECURITY NUMBER: ___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_____

HEIGHT: __5' 7"_____    WEIGHT: ___190lbs_____

SEX: _____M_____    RACE: _____White_____

HAIR: _____Brown_____    EYES: __Blue_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____·_____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _1993 WHITE DODGE CARAVAN, FLORIDA TAG A88NPQ_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____