UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO.: 00-4051-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDRZEJ MASALSKI,
a/k/a Jurek Drzewo

    Defendant.
_____/



## NOTICE OF PERMANENT APPEARANCE

**COMES NOW** the undersigned law firm and enters this its NOTICE OF PERMANENT APPEARANCE in this cause, on behalf of Defendant, ANDRZEJ MASALSKI, a/k/a Jurek Drzewo.

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was furnished to Roger Powell, AUSA, U.S. Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394, this 30th day of November, 2000.

Respectfully submitted,

BOGENSCHUTZ & DUTKO, P.A.
Colonial Bank Building
600 South Andrews Avenue, #500
Fort Lauderdale, FL 33301
Telephone: (954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
Florida Bar #131174