RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. **00-6364 CR-FERGUSON**

18 U.S.C. § 1546(a)
18 U.S.C. § 111(a)
18 U.S.C. § 1028(a)(6)

**MAGISTRATE JUDGE SNOW**

UNITED STATES OF AMERICA,

v.

ANDRZEJ MASALSKI,
    a/k/a "Jurek Ademi,"
    a/k/a "Michal Ademi,"

        DEFENDANT.
_____/



FILED by D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 8, 2000, at Broward County, in the Southern District of Florida, the defendant,

        ANDRZEJ MASALSKI,
        a/k/a "Jurek Ademi,"
        a/k/a "Michal Ademi,"

did willfully and knowingly possess a document prescribed by statute and regulation as evidence of authorized stay in the United States, that is an Arrival/Departure Record (Form I-94W), which the defendant knew to be counterfeited and falsely made, in violation of Title 18, United States Code, Section 1546(a).



**COUNT TWO**

On or about March 8, 2000, in Broward county and elsewhere, in the Southern District of florida, the defendant,

          ANDRZEJ MASALSKI,
        a/k/a   "Jurek Ademi,"
        a/k/a   "Michal Ademi,"

knowingly and willfully did forcibly assault, resist, oppose, impede, intimidate and interfere with U.S. Immigration and Naturalization Service Special Agent Rhonda J. Maskus, a person designated in Title 18, Untied States Code, Section 1114, while the aforesaid Special Agent Rhonda J. Maskus was engaged in the performance of her official duties; in violation of Title 18, United States Code, 111(a).

**COUNT III**

On or about March 8, 2000, at Broward County, in the Southern District of Florida, the defendant,

          ANDRZEJ MASALSKI,
        a/k/a   "Jurek Ademi,"
        a/k/a   "Michal Ademi,"

did knowingly possess an identification document that was an identification document of the United States, to wit: a United States Social Security Card, which document was produced without lawful authority, knowing that such document was produced without

such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

                                        A TRUE BILL

                                        _____
                                        FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ANDRZEJ MASALSKI | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

___ Miami ___ Key West
X  FTL  ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) NO
   List language and/or dialect _____

4. This case will take  4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)  (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | X |
   | IV | 21 to 60 days | ___ | Felony | X |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) YES
   If yes:
   Magistrate Case No. 00-4051-SNOW
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes  X  No   If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes  X  No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                              REV.6/27/00

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant Name: ANDRZEJ MASALSKI        Case No. _____

Magistrate Case No. 00-4051-SNOW

Count #: 1

Possession of Counterfeit Immigration document

18 U.S.C. § 1546 (a)

*Max. Penalty: 10 years' Imprisonment; and $250,000 fine.

Count #: 2

Assaulting a United States Officer

18 U.S.C. § 111(a)

*Max. Penalty: 3 years' Imprisonment; and $250,000 fine.

Count #: 3

Possession of a false United States Identification document

18 U.S.C. § 1028 (a)(6)

*Max. Penalty: 1 year Imprisonment; and $100,000 fine

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

10/9/98