# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ANDRZEJ MASALSKI

**WARRANT FOR ARREST**

**CASE NUMBER: 00-6364**

**CR - FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ANDRZEJ MASALSKI _____ MAGISTRATE JUDGE SNOW

Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | |Information | | |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

**charging him or her with** (brief description of offense) **knowingly and willfully, possessing a United States Immigration and Naturalization Departure Record (I-94W), a document prescribed by statute or regulation as evidence of authorized stay in the United States, knowing it to be counterfeited and forged,**

in violation of Title __18__ United States Code, Section(s) __1546(a)__

Clarence Maddox

Name of Issuing Officer

Court Administrator/Clerk of the Court

Title of Issuing Officer

[signature]

Signature of Issuing Officer

DECEMBER 19, 2000 FT. LAUDERDALE, FLORIDA

Date and Location

Bail fixed at $ pre-trial detention

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest