FILED by _____ D.C.
FEB - 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6364-CR-Ferguson

| | |
|---|---|
| UNITED STATES OF AMERICA ] | CASE NUMBER: CR _____ |
| Plaintiff ] | |
| -vs- ] | REPORT COMMENCING CRIMINAL |
| ] | ACTION |
| Masaiski, Andrezej ] | 66925-004 |
| Defendant | USMS Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1)  DATE AND TIME OF ARREST: __2-7-01_____ AM ____ PM ____

(2)  LANGUAGE SPOKEN: __Polish / English_____

(3)  OFFENSE(S) CHARGED: __Immigration Violation - False Citizenship__

(4)  UNITED STATES CITIZEN:   ( ) YES   (X) NO   ( ) UNKNOWN

(5)  DATE OF BIRTH: __2-27-69_____

(6)  TYPE OF CHARGING DOCUMENT:  (check one)
     [ ] INDICTMENT       [ ] COMPLAINT TO BE FILED/ALREADY FILED
         CASE # _____
     [ ] BENCH WARRANT FOR FAILURE TO APPEAR
     [ ] PROBATION VIOLATION WARRANT
     [ ] PAROLE VIOLATION WARRANT
     ORIGINATING DISTRICT: _____
     COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7)  REMARKS: _____

(8)  DATE: __2-8-01_____ ARRESTING OFFICER: __Bruce_____

(10) AGENCY: __USMS_____ (11) PHONE: __305-536-5677__

(12) COMMENTS: _____