COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: ANDRZEJ MASALSKI (J)#     CASE NO: 00-6364-CR-FERGUSON
AUSA: ROGER POWELL /Jeff Kay/     ATTNY: DAVID BOGENSCHUTZ
AGENT:     VIOL: Mike Dutko / Harding
PROCEEDING: PTD/INQUIRY RE COUNSEL/ ARRAIGNMENT     BOND REC:

FILED by ___ D.C.
IN ___
FEB 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived ✓
Not Guilty plea entered
Standing Discovery Order requested

Requests more time for PTD

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: 2-21-01  10:00  BSS
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 2-27-01  11:00am  BSS

DATE: 2-12-01   TIME: 10:00am   TAPE # 01-004  PG # 1
ends
3632-3772
01-005 1-122