FILED by _____ D.C.
INTAKE

FEB 1 2 2001

UNITED STATES DISTRICT COURT
CLERK U.S. DIST. CT.
S.D. OF FLA. · FT. LAUD.

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6364-CR-Ferguson

UNITED STATES OF AMERICA

vs
Andrzej Masalski

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    2-12-01    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and XXXXXXXXXX appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                     Address: In Custody _____

_____

Telephone:_____

DEFENSE COUNSEL:               Name: David Bogenshutz _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:            $ PTD REquested _____

Bond hearing held: yes_____ no X  Bond hearing set for____ 2-21-01 _____

Dated this____ 12 day of ____February_____, 20 01.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____
Deputy Clerk

Tape No. 01-004 _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services