## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ANDRZEJ MASALSKI

## WARRANT FOR ARREST

CASE NUMBER: **00-6364**

**CR-FERGUSON**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ANDRZEJ MASALSKI _____ MAGISTRATE JUDGE SNOW
                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment   | | Information   | | Complaint   | | Order of court   | | Violation Notice   | | Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully, possessing a United States Immigration and Naturalization Departure Record (I-94W), a document prescribed by statute or regulation as evidence of authorized stay in the United States, knowing it to be counterfeited and forged,

in violation of Title __18__ United States Code, Section(s) __1546(a)__

Clarence Maddox — Name of Issuing Officer

Court Administrator/Clerk of the Court — Title of Issuing Officer

Signature of Issuing Officer

DECEMBER 19, 2000 FT. LAUDERDALE, FLORIDA — Date and Location

Bail fixed at $ pre-trial detention by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Miami, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/19/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>2/7/01 | | Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest