AO 442 (Rev. 12/85) Warrant for Arrest          AUSA POWELL/ S/A RHONDA MASKUS (INS) 458955

## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
ANDRZEJ MASALSKI
a/k/a Jurek DRZEWO

**WARRANT FOR ARREST**

CASE NUMBER: 00 - 6364 - CK - WDF

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ANDRZEJ MASALSKI, a/k/a Jurek DRZEWO**
                                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [X] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
KNOWINGLY AND WILLFULLY POSSESS A FRAUDULENT UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE DEPARTURE RECORD (I-94) AND KNOWINGLY AND WILLFULLY ASSAULT AN OFFICER OF THE UNITED STATES IN THE PERFORMANCE OF OFFICIAL DUTIES.

in violation of Title __18__ United States Code, Section __1546(a) & 111(a)__

LURANA SNOW                                    CHIEF U.S. MAGISTRATE JUDGE
Name of Issuing Officer                         Title of Issuing Officer

/s/ Jenny Butler                                2-10-00   FT L/FL
Signature of Issuing Officer                    Date and Location

Bail fixed at $ Pre-trial detention Requested   by /s/ Lurana S. Snow
                                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Miami, FL

| DATE RECEIVED 3/10/00 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/7/01 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest