COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: ANDRZEJ MASALSKI (J)#     CASE NO: 00-6364-CR-FERGUSON

AUSA: ROGER POWELL present /     ATTNY: DAVID BOGENSCHUTZ present

AGENT: Ruceba     VIOL:

PROCEEDING: PTD HEARING     BOND REC:

BOND HEARING HELD - yes / no     COUNSEL APPOINTED:

___ BOND SET @ $250,000 Corp Surety w/ Nebbia

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by D.C.
INTAKE
FEB 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

No Bond hrg. held
Both sides stipulate
to a high Corp.
Surety w/ nebbia —
each side reserving
rights to PTD hrg
at a later date

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 2-21-01    TIME: 10:00am    TAPE # 01-009    PG #

5:82