COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: ANDRZEJ MASALSKI (*nu deft*)  CASE NO: 00-6364-CR-CR-Ferguson

AUSA: ROGER POWELL /Rohun  ATTNY: DAVID BOGENSCHUTZ — *not present*

AGENT: Rosenbaum  VIOL: Fred Haddad

PROCEEDING: STATUS CONFERENCE  BOND REC: Standing in

BOND HEARING HELD - yes/no  COUNSEL APPOINTED:

____ BOND SET @ _____

FILED by ____ D.C.
INTAKE
FEB 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House
     ____ Electronic Monitoring

- Gov't handed defense discovery in Court
- Gov't ready
- 3 days to try
- May be. not to suppress by △
- △ may move for add'l discovery + cont. of trial date.

NEXT COURT APPEARANCE:  DATE: ____  TIME: ____  JUDGE: ____

INQUIRY RE COUNSEL: ____
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL: ____
STATUS CONFERENCE: ____

DATE: 2-27-01  TIME: 11:00am  TAPE # 01-010  PG # 
886-947

16