UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO.: 00-6364 CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANDRZEJ MASALSKI,
a/k/a Jurek Drzewo

        Defendant.

_____/

## MOTION FOR HOSPITAL RECORDS;
## MOTION FOR EMPLOYMENT RECORDS

**COMES NOW,** the Defendant, **ANDRZEJ MASALSKI,** by and through his undersigned counsel, and in accordance with, and pursuant to, Fed R. Cr. P. 16 (a) (1) (c), respectfully moves this Honorable Court, to order that the Government provide the hospital records of Special Agent Rhonda J. Maskus, an alleged victim in this cause, as well as any record of loss of employment time, and would show cause as follows:

1)     That the Defendant herein is charged, among other things, with a violation of 18 USC III (1) - assault on a Federal Officer;

2)     Part and parcel to sentencing on that charge is an evaluation of the "injury" which is alleged to have been suffered by the alleged victim, Maskus [see USSG § 2A2.2 (3)];

3)     That the Defendant is in need of this Court's Order to compel production of records uniquely in the witness' or the Government's

LAW OFFICES OF BOGENSCHUTZ & DUTKO, P.A
COLONIAL BANK BUILDING • 600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • (954) 764 2500 • FAX (954) 764-5040



control to defend against such injury or to appropriately prepare to negotiate a viable plea in this cause;

4) Other grounds to be argued **Ore Tenus**

### 10 (g) CERTIFICATE

Counsel's office attempted to speak with Assistant United States Attorney, Roger Powell, (954) 356-7255 x 3592 but he was unavailable and a message was left requesting any objections to the above Motions being granted.

**WHEREFORE,** the Defendant urges the relief requested herein.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to the office of the United States Attorney, Roger Powell, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 this _28_ day of February, 2001.

Respectfully submitted,

**BOGENSCHUTZ & DUTKO, P.A.**
Attorneys for the Defendant / Masalski
Colonial Bank Building
600 South Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
Telephone (954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
Florida Bar #131174

