UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6364-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

ANDRZEJ MASALSKI,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 27, 2001. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has today complied with its obligations under the Standing Discovery Order. The Government further indicated that there are no motions currently pending, that it is ready to proceed, and that this matter will require three days to try. A plea disposition, however, remains possible.

2.    Defense counsel informed the Court that he will likely be filing a motion to suppress. In addition, he may move for additional discovery and to continue the trial of this cause.

DATED at Fort Lauderdale, Florida this ___ day of February 2001.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Roger Powell, Esquire
Assistant United States Attorney

David Bogenschutz, Esquire
Bogenschutz & Dutko
600 South Andrews Avenue, #500
Fort Lauderdale, Florida 33301-2802
Attorney for Defendant