RWP/sls

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

NO. 00-6364-CR-FERGUSON

UNITED STATES OF AMERICA,

v.

ANDRZEJ MASALSKI,

        DEFENDANT.
_____/

**GOVERNMENT'S FIRST SUPPLEMENTAL**
**RESPONSE TO THE STANDING DISCOVERY ORDER**

     The United States hereby files this First Supplemental Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    N.     Attached is the victim's hospital medical records which will be the subject-matter of expert testimony that the government reasonably expects to offer at trial.

     The attachments to this response are numbered pages 00083 - 00094 . Please contact the undersigned Assistant United States



Attorney if any pages are missing.

>Respectfully submitted,
>
>GUY A. LEWIS
>UNITED STATES ATTORNEY
>
>By: *[signature]*
>ROGER W. POWELL
>ASSISTANT UNITED STATES ATTORNEY
>Florida Bar No.341411
>500 E. Broward Blvd., Suite 700
>Fort Lauderdale, Florida 33394
>Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Jessica Fields,
    INS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by mail and fax March 15, 2001 to:

>Mr. J. David Bogenschutz, Esq.
>Attorney for Defendant Masalski
>600 South Andrews Avenue, Suite 500
>Fort Lauderdale, FL 33301

*[signature]*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

2