UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6364-CR-FERGUSON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDRZEJ MASALSKI,

      Defendant.

_____/



### MOTION FOR CONTINUANCE

COMES NOW the Defendant, ANDRZEJ MASALSKI, by and through his undersigned counsel, and respectfully moves this Honorable Court to continue the Trial Setting now commencing on March 26, 2001, and would show for cause as follows:

1.    That a Calendar Call for the March 26, 2001, Trial Setting is now set for 3:15 p.m. on March 19, 2001;

2.    That this Defendant is currently charged, by Indictment, with three felony counts involving assault on a federal officer and violations of the Social Security Act as well as the Immigration and Naturalization laws of the United States;

3.    That discovery has been proceeding in this cause, however, insufficient time has been provided since the time that the Defendant was brought back to the United States, in, or around, January, 2001, to complete discovery and be prepared for Trial or other disposition;

4.    That counsel has recently filed, within the appropriate time limitations, a Motion to Suppress, in bipartite fashion, that has not yet been heard. Additionally, the Government has provided counsel with a number of different discovery documents in the



LAW OFFICES OF BOGENSCHUTZ & DUTKO, P.A

COLONIAL BANK BUILDING • 600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • (954) 764-2500 • FAX (954) 764-5040

past day that will require further investigation.  Both parties hereto have been diligent in pursuing discovery and the passage of time since the Defendant's first appearance in the Southern District of Florida, and the date now set for status has not provided sufficient time within which to prepare this matter for final resolution.

5.    Other grounds to be argued <u>ore tenus</u>, if necessary.

WHEREFORE, the Defendant respectfully requests the relief sought.

### 10(g) CERTIFICATE

Counsel has discussed this matter with Assistant U.S. Attorney Roger W.  Powell who has indiated that he <u>does not oppose</u> the Court granting this Motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this _16th_ day of March, 2001, to Roger w. Powell, Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Blvd.,Suite 700, Fort Lauderdale, Florida, 33394.

Respectfully submitted,

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendant
Colonial Bank Building, Suite 500
600 S. Andrews Avenue
Fort Lauderdale, FL  33301
(954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
Florida Bar No. 131174

2

LAW OFFICES OF BOGENSCHUTZ & DUTKO, P.A

COLONIAL BANK BUILDING • 600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • (954) 764-2500 • FAX (954) 764-5040

