UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6364-CR-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRZEJ MASALSKI,

Defendant.
_____/

MAR 20 2001

### ORDER ON MOTION FOR CONTINUANCE

THIS CAUSE having come on before this Honorable Court on the Defendant's Motion for Continuance of Trial Setting, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendant's Motion be, and the same is hereby GRANTED ;

IT IS FURTHER ORDERED AND ADJUDGED that this matter shall now be scheduled for the trial period commencing the two-week period of April 09, 2001; and calendar call is reset to Monday, April 02, 2001.

DONE AND ORDERED, at Fort Lauderdale, Florida, on this ___ day of _____, 2001.

WILKIE D. FERGUSON, JR.
U.S. DISTRICT JUDGE

Copies to:

J. David Bogenschutz, Esq.
Roger W. Powell, Assistant U.S. Attorney