RWP/sls

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

NO. 00-6364-CR-FERGUSON

UNITED STATES OF AMERICA,

v.

ANDRZEJ MASALSKI,

      DEFENDANT.
_____/



### GOVERNMENT'S SECOND SUPPLEMENTAL
### RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this Second Supplemental Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant.

    F.    Defendant was identified in a lineup, show up, photo spread or similar identification proceedings which is attached.



The attachments to this response are numbered pages 00095 - 00125 . Please contact the undersigned Assistant United States Attorney if any pages are missing.

      Respectfully submitted,

      GUY A. LEWIS
      UNITED STATES ATTORNEY

    By: *Roger W. Powell*
      ROGER W. POWELL
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No.341411
      500 E. Broward Blvd., Suite 700
      Fort Lauderdale, Florida 33394
      Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Jessica Fields,
  INS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by mail and fax April 5, 2001 to:

  Mr. J. David Bogenschutz, Esq.
  Attorney for Defendant Masalski
  600 South Andrews Avenue, Suite 500
  Fort Lauderdale, FL 33301

      *Roger W. Powell*
      ROGER W. POWELL
      ASSISTANT UNITED STATES ATTORNEY