UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6364-CR-FERGUSON

UNITED STATES OF AMERICA,
Plaintiff,
vs.

ANDRZEJ MASALSKI,
Defendant.
_______________________________/

**MINUTES CHANGE OF PLEA**



On May 1, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel David Bogenshutz, Esq, appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) the indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( ) The Court proceeded to pronounce sentence.

(X) The Court postponed sentencing until **July 6, 2001** 9:30 a.m.,

(X) and the defendant was allowed to remain on present bond until then;

( ) and the defendant remanded to the custody of the U.S. Marshal until a $____________ bond is posted;

( ) and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge Wilkie D. Ferguson, JR.
Reporter Brynn Dockstader
Clerk Troy T. Walker

26