SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUL 23 2001

CASE # __00-6364-CR-FERGUSON__

DEFENDANT __ANDREZEJ MASALSKI (J)__   JUDGE __WILKIE D. FERGUSON__

Deputy Clerk ~~Troy Walker~~ D. McIntosh   DATE __7/20//01__

Court Reporter __Steven Franklin__   USPO __Dedra Pratt__

AUSA __Roger Powell__   Deft's Counsel __David Bogenshutz, Esq.,__

COUNTS DISMISSED __All Others__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/ /__ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 12/1 Day | 1+2 Concurrent |

10 Days TO Appeal

Credit for Time Served

| Supervised Release / Probation | Years | Months | Counts |
|---|---|---|---|
| | 2 | | 1 |
| | 1 | | 2 Concurrent |

Comments __Surrender to INS after service of Sentence__
__provide access to financial Records__

Assessment $ __200__   Fine $ __N/A__

Restitution /Other _____

__L__ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/ /__

Commitment Recommendation: _____

30