UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Case No. 00-6364-CR-FERGUSON

Vs.

ANDRZEJ MASALSKI,
    Defendant.
_____/

### ORDER ON MOTION TO RECONSIDER A POSITION OF SENTENCE

THIS CAUSE is before the Court on defendant Andrzej Masalski's Motion To Reconsider A Position Of Sentence filed on July 30, 2001. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is ___DENIED___.
<br>Granted/Denied

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 31 day of July 2001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

cc:
Roger Powell, AUSA
David Bogenschutz, Esq.,
Marilyn G. Westfield, USPO