United States of America					00-6364-Cr-Ferguson

v.

Andrzej Masaliski

_____/


FILED by _____ D.C.
AUG 0 8 20..

### MOTION TO HAVE PROPERTY RETURNED

As pursuant to Rule 41E, I am asking the Court to consider this Motion to have the following Personal Property returned to me:

1 EA 1999 Mercedez Binz ML 320 (VIN Number 4JGAB54E6XA115364)

This vehicle was not acquired thru any illegal activities or illegal funds. The vehicle belongs to both my wife Daniera and myself. It is the only means of transportation that we have.

This vehicle was impounded by US Immigration Service on the day of my arrest. I have cooperated fully with the authorities in getting this case resolved.


Respectfully Submitted


Andrzej Masaliski
Defendant    PRO SE

I affirm that copies of this motion was mailed to the US District Court Clerk by way of US Mail on this 2nd Day of August 2001.

Andrzej Masaliski
Defendant    PRO SE