UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO.: 00-6364 CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDRZEJ MASALSKI,
a/k/a Jurek Drzewo

    Defendant.

_____/



### ORDER ON MOTION FOR CORRECTION AND CLARIFICATION ON TIME SERVED

**THIS CAUSE** coming before this Honorable Court on the Defendant's Motion for Correction and Clarification on Time Served, and the Court being fully advised in all the premises, it is, after consideration,

**ORDERED AND ADJUDGED** that the Judgment and Commitment form executed on July 26, 2001 in this matter shall be amended to order this Defendant credit for time served since October 26, 2000, the date of his Canadian arrest on extradition to the United States for the charges to which he plead, and for which he was sentenced herein on July 20, 2001.

**DONE AND ORDERED** at Ft. Lauderdale, Broward County, Florida, this 4th day of September, 2001.

HONORABLE JUDGE FERGUSON

Copies to:
J. David Bogenschutz, Esq.
Roger Powell, AUSA
Marilyn Westfield, Probation Officer

