UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.    Case No. 00-6364-CR-FERGUSON

ANDRZEJ MASALISKI,
    Defendant.
_____/

**ORDER TO RESPOND**

THIS CAUSE is before the Court on the defendant, Andrezej Masaliski's Motion to Have Property Returned.

The government is hereby **ORDERED** to respond within fifteen (15) days, to the defendant's motion to have property returned.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___ day of September 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Roger Powell, AUSA
J. David Bogenschutz, Esq.,
Andrzej Masaliski, Pro Se
8501 Ft. Hamilton Parkway, #4D
Brooklyn, NY 11209